UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER BRANDON DEFA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF CORRECTIONS; BEN SHUPERT; and TONY BARRETT,<br><br>　　　　　Defendant. | Case No. CV-24-39 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Defendant failed to comply with Order [4] by filing an amended complaint within 30 days, the Clerk of Court is directed to close this matter and enter judgment.

　　Dated this 23rd day of July, 2024.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　　　　M. Stewart, Deputy Clerk